Isidor FREY, Respt., v. E. REGENSBURG & SONS, Applt. (Supreme Court, Appellate

Division, First Department. May 19, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Eva FRIEDEL, Applt., v. GREAT EASTERN CASUALTY CO., Respt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.